IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-14093-CIV-MOORE/LYNCH

MELODY ANN PENNEY,

    Plaintiff,

vs.

H.F. MARTEK COMPANY, INC., a
Florida corporation, and
HAROLD F. MARTEK, individually,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR THE COURT TO FIND THE JOINT STIPULATION TO CONSENT JUDGMENT TO BE FAIR AND REASONABLE**

COMES NOW, the Plaintiff and files this Motion for the Court to Find the Joint Stipulation to Consent Judgment to be Fair and Reasonable, and request as follows:

1. That the Court review the Joint Stipulation for Consent Judgment (DE32) executed by both Plaintiff's Counsel and the Pro Se Defendants which was previously filed with the Court. [1]

2. That the Court grant the proposed Order finding the Consent Judgment to be fair and reasonable and approving the settlement of the case, and executing the Final Judgment attached to the stipulation (DE32).

**MEMORANDUM OF LAW**

**I.   THE COURT SHOULD FIND THAT THE SETTLEMENT OF THIS CASE IS REASONABLE AND FAIR.**

The Plaintiff requests the Court to review the stipulation for reasonableness and fairness

---

[1] Please note that the Parties did not execute a settlement agreement in this case.  The Parties only executed the Joint Stipulation for a Consent Judgment which was previously filed with the Court (DE32).  The Joint Stipulation breaks down the amount designated to the unpaid wages ($2,100) to the Plaintiff and the attorney's fees and costs ($2,500) to the Plaintiff's attorney.

so that the resolution of the case will be in accord with the Eleventh Circuit's decision concerning compromising and/or settling of Fair Labor Standards Act claim, <u>Lynn's Food Stores v. United States</u>, 679 F2d 1350 (11th Cir. 1982).  In that case, the Eleventh Circuit said there were only two ways in which back wage claims arising under the Fair Labor Standards Act (FLSA) can be settled or compromised by employees: (1) a payment through the Secretary of Labor; and (2) a private suit to be filed by employees and for the settlement to be reviewed by the Court for fairness.  The second is the procedure the parties are following in this case and the Parties agreed to a Consent Judgment in the amount of $2,100.00 for unpaid wages and $2,500.00 for attorney's fees and costs. [2]

WHEREFORE, the Plaintiff respectfully requests the Court find the Joint Stipulation to Consent Judgment (DE32) to be a fair and reasonable resolution to the FLSA claims, and enter a final consent judgment in favor of the Plaintiff against the Defendants.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion for Stipulation to Entry of Final judgment and Proposed Order were electronically filed with the Clerk of the Court using CM/ECF and that the documents will be served via facsimile to the Pro Se Defendants of record listed below on this 3 day of January, 2011.

                                           __/s/ **Lee J Baggett**_____
                                           Lee J. Baggett, Esquire
                                           Florida Bar No. 0467189
                                           The Law Offices of LEWIS, MORTELL,
                                           LEWIS & BAGGETT
                                           Attorney for Plaintiff
                                           1115 East Ocean Boulevard

---

[2] The amount of wages was calculated at 288 hours multiplied times the minimum wage of $7.25 which equals $2,088.00.  This number was rounded up to $2,100.00.  The Pro Se Defendants failed to retain time and pay records for the Plaintiff and the 288 hours was done on an estimate of hours by the Plaintiff of which she was not paid the minimum wage.

Stuart, Florida  34996
Telephone: (772) 286-7861
Facsimile: (772) 288-2013
Email: Lbaggett@lewismortell.com

**SERVICE LIST**

Harold F. Martek
H.F. Martek Company, Inc.
25SE Seminole Street
Apartment 301
Stuart, FL 34994
(772) 285-3083
(772) 229-0118 Facsimile
Martek03@bellsouth.net