IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 10-14093-CIV-MOORE/SIMONTON

MELODY ANN PENNEY,

    Plaintiff,

vs.

H.F. MARTEK COMPANY, INC. and
HAROLD F. MARTEK,

    Defendants.
_____/

### FINAL CONSENT JUDGMENT AGAINST DEFENDANT HAROLD MARTEK AND FINAL DEFAULT JUDGEMENT AGAINST DEFENDANT H.F. MARTEK COMPANY, INC.

THIS CAUSE came before the Court upon the Parties' Stipulation to the Entry of Final Consent Judgment (ECF No. 32) and against the Defendant HAROLD F. MARTEK, and Plaintiff's Motion for Final Default Judgment against H.F. MARTEK COMPANY, INC. (ECF No. 44).

UPON CONSIDERATION of the Stipulation, the Motion, the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1. Consistent with the Parties' Stipulation, an Entry of Final Consent Judgment against the Defendant, HAROLD F. MARTEK, in the amount of $2,100.00 in unpaid wages to MELODY ANN PENNEY, and $2,500.00 for attorney's fees and costs pursuant to the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*

SCANNED

2. An Entry of Final Default Judgment against Defendant H.F. MARTEK COMAPNY, INC. in the amount of $2,088.00 in unpaid wages to MELODY ANN PENNEY, and $3,125.25 for attorneys' fees and $395.00 in costs pursuant to the Fair Labor Standards Act, 29 U.S.C. §201 *et seq*.

3. Parties HAROLD F. MARTEK and H.F. MARTEK COMPANY are jointly and severally liable to Plaintiff MELODY ANN PENNEY. Accordingly, Plaintiff shall not receive over $2,100.00 in unpaid wages. Attorneys' fees shall not exceed $3,125.25 in total. Costs shall not exceed $395.00 in total.

4. Post-Judgment interest as provided in 28 U.S.C. § 1961 shall apply.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of February, 2011.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record

Harold Martek
25 SE Seminole Street
#301
Stuart, FL 34994